In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00282-CR**
**NO. 09-17-00283-CR**

_____

**JAMES HAYDEN MORGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 17-01-00872-CR & 17-02-01989-CR**

**MEMORANDUM OPINION**

On June 29, 2017, the trial court sentenced James Hayden Morgan on convictions for burglary of a habitation and arson. Morgan filed a notice of appeal on July 20, 2017. In each case, the trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals. On August 22, 2017, we notified the parties

1

that we would dismiss the appeals unless the appellant established that the certifications are incorrect. The appellant filed a response but failed to establish that the trial court's certifications should be amended. Because the trial court's certifications show the defendant does not have the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 26, 2017
Opinion Delivered September 27, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2